UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>WINNIE SOO WIN KHO, et al.<br><br><br>　　　　Defendant(s). | Case No.:<br>2:19−cv−08465−CJC−E<br><br><br>**SCHEDULING ORDER** |

   The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

   [1]  All discovery, including discovery motions, shall be completed by June 25, 2020.  Discovery motions must be filed and heard prior to this date.

   [2]  The parties shall have until August 24, 2020 to file and have heard all other motions, including motions to join or amend the pleadings.

   [3]  A pretrial conference will be held on **Monday, October 26, 2020 at 03:00 PM**.  Full compliance with Local Rule 16 is required.

   [4]  The case is set for a **jury trial, Tuesday, November 3, 2020 at 08:30 AM.**

///

[5]  The parties are referred to ADR Procedure No. 2 – Court Mediation Panel. The parties shall have until July 13, 2020 to conduct settlement proceedings. The parties shall file with the Court a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: January 17, 2020

_____
Cormac J. Carney
United States District Judge

cc: ADR OFFICE